IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGERNETTE JACOBS,<br><br>    *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br><br>NO. 23-1880 |

## ORDER

**AND NOW**, this 30th day of August 2023, upon consideration of Defendants' Motion to Dismiss, (ECF 7), Plaintiff's Response, (ECF 8), and Defendants' Reply, (ECF 9), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Count I against Koenig and Williams and Counts II and III against the City of Philadelphia are **DISMISSED with prejudice**. Count I against the City is **DISMISSED without prejudice**. Jacobs may amend her complaint, consistent with the Court's Memorandum, **on or before September 29, 2023**.

                   BY THE COURT:

                   */s/ Gerald J. Pappert*
                   GERALD J. PAPPERT, J.