IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGERNETTE JACOBS, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-1880 |
| | : | |
| DET. JAMES KOENIG, et al. | : | |

## **CIVIL JUDGMENT**

Before the Honorable Gerald J. Pappert,

      AND NOW, this 26th day of June, 2025, in accordance with the verdict of the Jury,

      IT IS ORDERED that Judgment is hereby entered in favor of the defendant James Koenig and against plaintiff Angernette Jacobs.

      BY THE COURT

      ATTEST:

*/s/ Katie Rolon*
Katie Rolon
Deputy Clerk to the
Honorable Gerald J. Pappert

Civ 1 (3/18)